UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:22-cr-00046-13

DONTE WEBSTER

### WRITTEN PLEA OF GUILTY

In the presence of L. Thompson Price, my counsel, who has fully explained the charges contained in the Indictment against me and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charges contained in Count Seventeen of the Indictment.

DATE: 7/28/22

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT