

**United States Department of Justice**

United States Attorney
Southern District of West Virginia

Robert C. Byrd United States Courthouse
300 Virginia Street, East
Suite 4000
Charleston, WV 25301
1-800-659-8726

Mailing Address
Post Office Box 1713
Charleston, WV 25326
304-345-2200
FAX: 304-347-5104

FILED
JUL 2 8 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

May 9, 2022

L. Thompson Price, Esq.
209 W Washington St
Charleston, WV 25302- 2345

> Re:   United States v. Donte Webster
>       Criminal No. 5:22-cr-00046-13 (USDC SDWV)

Dear Mr. Price:

    This will confirm our conversations with regard to your client, Donte Webster (hereinafter "Mr. Webster"). As a result of these conversations, it is agreed by and between the United States and Mr. Webster as follows:

    1.    **PENDING CHARGES**. Mr. Webster is charged in five counts of a 19-count indictment as follows:

    (a)    Count One charges Mr. Webster with a violation of 18 U.S.C. § 371) (conspiracy to travel interstate with the intent to engage in dealing firearms without a license);

    (b)    Count Sixteen charges Mr. Webster with a violation of 18 U.S.C. § 924(a)(1)(A) (making false statements in acquisition of firearms).

    (c)    Count Seventeen charges Mr. Webster with a violation of 18 U.S.C. § 924(a)(1)(A) (making false statements in acquisition of firearms);

    (d)    Count Eighteen charges Mr. Webster with a violation of 18 U.S.C. § 924(a)(1)(A) (making false statements in acquisition of firearms); and

*DW*
Defendant's Initials

L. Thompson Price, Esq.
May 9, 2022                                  Re: Donte Webster
Page 2

    (e)    Count Nineteen charges Mr. Webster with a violation of 18 U.S.C. § 924(a)(1)(A) (making false statements in acquisition of firearms).

    2.    **RESOLUTION OF CHARGES.** Mr. Webster will plead guilty to count Seventeen of the indictment, which charges him with a violation of 18 U.S.C. § 924(a)(1)(A) (making false statements in acquisition of firearms).

    3.    **MAXIMUM POTENTIAL PENALTY.** The maximum penalty to which Mr. Webster will be exposed by virtue of this guilty plea is as follows:

    (a)    Imprisonment for a period of 5 years;

    (b)    A fine of $250,000, or twice the gross pecuniary gain or twice the gross pecuniary loss resulting from defendant's conduct, whichever is greater;

    (c)    A term of supervised release of 3 years;

    (d)    A mandatory special assessment of $100 pursuant to 18 U.S.C. § 3013; and

    (e)    An order of restitution pursuant to 18 U.S.C. §§ 3663 and 3664, or as otherwise set forth in this plea agreement.

    4.    **SPECIAL ASSESSMENT.** Mr. Webster has submitted certified financial statements to the United States reflecting that he is without sufficient funds to pay the special assessment due upon conviction in this case. Mr. Webster agrees that, if incarcerated, he will join the Inmate Financial Responsibility Program, earnings from which will be applied toward payment of the special assessment.

    5.    **PAYMENT OF MONETARY PENALTIES.** Mr. Webster authorizes the Financial Litigation Program in the United States Attorney's

                                                     *DW*
                                                 Defendant's Initials

L. Thompson Price, Esq.
May 9, 2022                                       Re: Donte Webster
Page 3

Office to obtain a credit report from any major credit reporting agency prior to sentencing in order to assess his financial condition for sentencing purposes. Mr. Webster agrees not to object to the District Court ordering all monetary penalties (including the special assessment, fine, court costs, and any restitution that does not exceed the amount set forth in this plea agreement) to be due and payable in full immediately and subject to immediate enforcement by the United States. So long as the monetary penalties are ordered to be due and payable in full immediately, Mr. Webster further agrees not to object to the District Court imposing any schedule of payments as merely a minimum schedule of payments and not the only method, nor a limitation on the methods, available to the United States to enforce the judgment.

    Mr. Webster authorizes the United States, through the Financial Litigation Program, to submit any unpaid criminal monetary penalty to the United States Treasury for offset in accordance with the Treasury Offset Program, regardless of the defendant's payment status or history at that time.

    In addition to any payment ordered by the Court, Mr. Webster shall pay all monies received from any source other than earned income, including but not limited to, lottery winnings, gambling proceeds, judgments, inheritances, and tax refunds, toward the court ordered restitution or fine.

    Mr. Webster agrees that if he retains counsel or has appointed counsel in response to the United States' efforts to collect any monetary penalty, he shall immediately notify the United States Attorney's Office, Attention: Financial Litigation Program, P.O. Box 1713, Charleston, West Virginia 25326-1713, in writing and shall instruct his attorney to notify FLP immediately of his representation.

    6. **COOPERATION.** Mr. Webster will be forthright and truthful with this office and other law enforcement agencies with regard to all inquiries made pursuant to this agreement, and will

                                                                     _DW_
                                                          Defendant's
                                                          Initials

L. Thompson Price, Esq.
May 9, 2022                                                     Re: Donte Webster
Page 4

give signed, sworn statements and grand jury and trial testimony upon request of the United States. In complying with this provision, Mr. Webster may have counsel present except when appearing before a grand jury. Further, Mr. Webster agrees to be named as an unindicted co-conspirator and unindicted aider and abettor, as appropriate, in subsequent indictments or informations.



    7. **USE IMMUNITY.** Unless this agreement becomes void due to a violation of any of its terms by Mr. Webster, and except as expressly provided for in paragraph 9 below, nothing contained in any statement or testimony provided by him pursuant to this agreement, or any evidence developed therefrom, will be used against ~~her~~ him, directly or indirectly, in any further criminal prosecutions or in determining the applicable guideline range under the Federal Sentencing Guidelines.

    8. **LIMITATIONS ON IMMUNITY.** Nothing contained in this agreement restricts the use of information obtained by the United States from an independent, legitimate source, separate and apart from any information and testimony provided pursuant to this agreement, in determining the applicable guideline range or in prosecuting Mr. Webster for any violations of federal or state laws. The United States reserves the right to prosecute Mr. Webster for perjury or false statement if such a situation should occur pursuant to this agreement.

    9. **STIPULATION OF FACTS AND WAIVER OF FED. R. EVID. 410.** The United States and Mr. Webster stipulate and agree that the facts comprising the offense of conviction and relevant conduct include the facts outlined in the "Stipulation of Facts," a copy of which is attached hereto as "Plea Agreement Exhibit A."

    Mr. Webster agrees that if he withdraws from this agreement, or this agreement is voided as a result of a breach of its terms by ~~her~~ him, and he is subsequently tried on any of the charges in the indictment, the United States may use and introduce the Stipulation of Facts in the United States case-in-chief, in cross-examination

_DW_____<br>Defendant's Initials

L. Thompson Price, Esq.
May 9, 2022                                         Re: Donte Webster
Page 5

of Mr. Webster or of any of his witnesses, or in rebuttal of any testimony introduced by him or on his behalf. Mr. Webster knowingly and voluntarily waives, see <u>United States v. Mezzanatto</u>, 513 U.S. 196 (1995), any right he has pursuant to Fed. R. Evid. 410 that would prohibit such use of the Stipulation of Facts. If the Court does not accept the plea agreement through no fault of the defendant, or the Court declares the agreement void due to a breach of its terms by the United States, the Stipulation of Facts cannot be used by the United States.

The United States and Mr. Webster understand and acknowledge that the Court is not bound by the Stipulation of Facts and that if some or all of the Stipulation of Facts is not accepted by the Court, the parties will not have the right to withdraw from the plea agreement.

10. **WAIVER OF APPEAL AND COLLATERAL ATTACK.** Mr. Webster knowingly and voluntarily waives his right to seek appellate review of his conviction and of any sentence of imprisonment, fine, or term of supervised release imposed by the District Court, or the manner in which the sentence was determined, on any ground whatsoever including any ground set forth in 18 U.S.C. § 3742(a), except that the defendant may appeal any sentence that exceeds the maximum penalty prescribed by statute. Mr. Webster also knowingly and voluntarily waives any right to seek appellate review of any claim or argument that the statute of conviction [18 U.S.C. § 924(a)(1)(A)] is unconstitutional, and (2) Mr. Webster's conduct set forth in the Stipulation of Facts (Plea Agreement Exhibit A) does not fall within the scope of 18 U.S.C. § 924(a)(1)(A).

The United States also agrees to waive its right to appeal any sentence of imprisonment, fine, or term of supervised release imposed by the District Court, or the manner in which the sentence was determined, on any ground whatsoever, including any ground set forth in 18 U.S.C. § 3742(b), except that the United States may appeal any sentence that is below the minimum penalty, if any, prescribed by statute.

*DW*
_____
Defendant's
Initials

L. Thompson Price, Esq.
May 9, 2022                                              Re: Donte Webster
Page 6

Mr. Webster also knowingly and voluntarily waives the right to challenge his guilty plea and conviction resulting from this plea agreement, and any sentence imposed for the conviction, in any collateral attack, including but not limited to a motion brought under 28 U.S.C. § 2255. The waivers noted above shall not apply to a post-conviction collateral attack or direct appeal based on a claim of ineffective assistance of counsel.

11.  **WAIVER OF FOIA AND PRIVACY RIGHT.** Mr. Webster knowingly and voluntarily waives all rights, whether asserted directly or by a representative, to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of this case, including without any limitation any records that may be sought under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, or the Privacy Act of 1974, 5 U.S.C. § 552a, following final disposition.

12.  **FINAL DISPOSITION.** The matter of sentencing is within the sole discretion of the Court. The United States has made no representations or promises as to a specific sentence. The United States reserves the right to:

(a)  Inform the Probation Office and the Court of all relevant facts and conduct;

(b)  Present evidence and argument relevant to the factors enumerated in 18 U.S.C. § 3553(a);

(c)  Respond to questions raised by the Court;

(d)  Correct inaccuracies or inadequacies in the presentence report;

(e)  Respond to statements made to the Court by or on behalf of Mr. Webster;

(f)  Advise the Court concerning the nature and extent of Mr. Webster's cooperation; and

*DW*
―――――――――
Defendant's
Initials

L. Thompson Price, Esq.
May 9, 2022                               Re: Donte Webster
Page 7

       (g) Address the Court regarding the issue of Mr. Webster's acceptance of responsibility.

       13. **VOIDING OF AGREEMENT.** If either the United States or Mr. Webster violates the terms of this agreement, the other party will have the right to void this agreement. If the Court refuses to accept this agreement, it shall be void.

       14. **ENTIRETY OF AGREEMENT.** This written agreement constitutes the entire agreement between the United States and Mr. Webster in this matter. There are no agreements, understandings or recommendations as to any other pending or future charges against Mr. Webster in any Court other than the United States District Court for the Southern District of West Virginia.

       Acknowledged and agreed to on behalf of the United States:

                                   WILLIAMS S. THOMPSON
                                   United States Attorney

                     By: _____
                                   NEGAR M. KORDESTANI
                                   Assistant United States Attorney

                                                     _DW_
                                                     Defendant's Initials

L. Thompson Price, Esq.  
May 9, 2022                             Re: Donte Webster  
Page 8

NMK/dh

I hereby acknowledge by my initials at the bottom of each of the foregoing pages and by my signature on the last page of this 8-page agreement that I have read and carefully discussed every part of it with my attorney, that I understand the terms of this agreement, and that I voluntarily agree to those terms and conditions set forth in the agreement. I further acknowledge that my attorney has advised me of my rights, possible defenses, the Sentencing Guideline provisions, and the consequences of entering into this agreement, that no promises or inducements have been made to me other than those in this agreement, and that no one has threatened me or forced me in any way to enter into this agreement. Finally, I am satisfied with the representation of my attorney in this matter.

_____      __6-22-22_____  
DONTE WEBSTER                                Date Signed  
Defendant

_____      __6/22/22_____  
L. THOMPSON PRICE, ESQ.                  Date Signed  
Counsel for Defendant

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY**

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　　CRIMINAL NO. 5:22-cr-00046-13

**DONTE WEBSTER**

**STIPULATION OF FACTS**

　　The United States and Donte Webster (hereinafter "defendant," "me," "my," and "I") stipulate and agree that the facts comprising the offense of conviction (Count Seventeen of the Indictment in the Southern District of West Virginia, Criminal No. 5:22-cr-00046-13), and the relevant conduct for that offense, include the following:

**Offense Conduct**

　　On July 6, 2021, I bought three firearms for Bisheem Jones, who is also known as "Bosh." On that date, I bought Glock 19GEN5, 9-mm pistol, a Glock 26GEN5, 9-mm pistol, and a Taurus, 9-mm pistol, from Bridgeport Equipment and Tool in Beckley, West Virginia. Through an intermediary, Jones gave me the money to buy these firearms and told me which ones to buy. When I bought these firearms for Jones, I lied on ATF Form 4473, Federal Firearms Transaction Records and certified that I was buying the firearms for myself when I knew they were for Jones.

**Relevant Conduct**

　　In or about June and July 2021, I purchased at least 13 firearms for Jones so that he and others could transport and resell them outside of West Virginia.

**Stipulations**

　　The United States and defendant stipulate and agree to the following:

　　Beckley, Raleigh County, West Virginia is in the Southern District of West Virginia.

*DW*
Defendant's
Initials

**PLEA AGREEMENT EXHIBIT A**

Bridgeport Equipment and Tool is a Federal Firearm Licensee, licensed under the provisions of Chapter 44 of Title 18 of the United States Code.

This Stipulation of Facts does not contain each and every fact known to the United States and the defendant concerning his involvement and the involvement of others in the charges set forth in the Indictment and is set forth for the limited purpose of establishing a factual basis for the defendant's guilty plea.

Stipulated and agreed to:

_____  
DONTE WEBSTER  
Defendant

6-22-22  
Date

_____  
L. THOMPSON PRICE, ESQ.  
Counsel for Defendant

6/22/22  
Date

_____  
NEGAR M. KORDESTANI  
Assistant United States Attorney

7/28/22  
Date

DW  
Defendant's Initials

**PLEA AGREEMENT EXHIBIT A**

2